NORA MANNING, as Executrix of JEREMIAH C. MANNING, Deceased, Appellant, *v.* MARY J. GRANT, Respondent.

*Manning* v. *Grant*, 142 App. Div. 921, affirmed.
(Argued February 29, 1912; decided March 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 14, 1911, affirming a judgment in favor of defendant entered upon a verdict in an action to recover assets of the estate of Jeremiah C. Manning, deceased, alleged to have been converted by defendant.

*Adelbert W. Boynton* for appellant.

*Nelson L. Robinson, Nathan T. Hewitt* and *Fred M. La Duke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.